UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| LONNIE PETERS, individually and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>SKANSKA, INC.<br><br>Defendant. | Case No. 2:19-cv-19027-CCC-MF<br><br>Class/Collective Action<br><br>Pursuant to 29 U.S.C. §216(b)/ Fed. R. Civ. P. 23 |

**RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lonnie Peters, dismisses without prejudice, all claims against Defendant SKANSKA, Inc. As no responsive pleading has been filed, this dismissal is effective without Court Order.

Respectfully submitted,

*/s/ Dana Cimera*
Dana M. Cimera
**FITAPELLI & SCHAFFER, LLP**
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

Michael A. Josephson
Texas Bar No. 24014780
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: (713) 352-1100
mjosephson@mybackwages.com
rschreiber@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
S.D. Tex. ID No. 21615
8 Greenway Plaza, Suite 1500
**BRUCKNER BURCH, PLLC**
Houston, Texas 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all known parties on this the 7th day of January 2020.

*/s/ Dana Cimera*
Dana Cimera
